sage PERSONAL FINANCE

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on 09/16/2026, Brenda Kelly

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the Eastern District of North Carolina .

Case number: 26-03771

Certificate number: NCE26-037715032196

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance